**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CYNTHIA FREELAND, individually and on behalf of all others similarly situated,

Plaintiff,

v.

FOOTHILLS PROFESSIONAL PHARMACY, LTD., AVOCADO HEALTH TECHNOLOGY, INC., SAJAD ZALZALA, M.D., TELERX PROVIDERS, P.C., and DOES 1-5,

Defendants.

No. 4:26-CV-00263

(Chief Judge Brann)

# ORDER

**NOVEMBER 18, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Foothills Professional Pharmacy, Ltd.'s Motion to Dismiss (Doc. 23) is **GRANTED IN PART AND DENIED IN PART** as follows:

   a. The Motion to Dismiss is **GRANTED WITH PREJUDICE** as to Plaintiff Cynthia Freeland's alternative theory of liability (Count III); and

   b. The Motion to Dismiss is **DENIED** on all remaining counts;

2. Defendants' Avocado Health Technology, Inc., Sajad Zalzala, M.D., and TeleRx Providers, P.C. Motion to Dismiss (Doc. 41) is **GRANTED IN PART AND DENIED IN PART** as follows:

   a. The Motion to Dismiss is **GRANTED WITH PREJUDICE** as to Plaintiff Cynthia Freeland's alternative theory of liability (Count III);

   b. The Motion to Dismiss is **GRANTED WITHOUT PREJUDICE** as to Plaintiff Cynthia Freeland's Violation of Consumer Protection Statutes claim (Count VI); and

   c. The Motion to Dismiss is **DENIED** on all remaining counts;

3. Defendant Foothills Professional Pharmacy, Ltd.'s Motion to Compel Arbitration (Doc. 76) is **DENIED**;

4. Defendants' Avocado Health Technology, Inc., Sajad Zalzala, M.D., and TeleRx Providers, P.C. Motion to Compel Arbitration (Doc. 39) is **DENIED**; and

5. Plaintiff Cynthia Freeland will be given twenty-one days from today's date to file an amended complaint that addresses any deficiencies regarding Count VI (Violation of Consumer Protection Statutes).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge